UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR EKUNWE,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>        Defendants. | No. 2:14-cv-2410 TLN DAD PS<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On April 20, 2015, the undersigned granted plaintiff thirty days to either elect to file an amended complaint or to proceed on the current complaint by submitting documents to the United States Marshal for the service of process. (Dkt. No. 3.) On June 2, 2015, the undersigned granted plaintiff's request for a thirty day extension of time. (Dkt. No. 7.) The thirty days has expired and plaintiff has not responded to the court's order.

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order plaintiff shall show cause in writing as to why this action should not be dismissed for a lack of prosecution.

Dated:  August 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\ekunwe2410.osc.ord.docx