1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AMIR EKUNWE,                              No.  2:14-cv-2410 TLN DB PS

12              Plaintiff,

13        v.                                   ORDER

14   COUNTY OF SACRAMENTO, et al.,

15              Defendants.

16

17        Plaintiff is proceeding in this action pro se.  This matter was, therefore, referred to the

18   undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

19        On December 6, 2016, plaintiff filed an inquiry regarding a request for a subpoena.  (ECF

20   No. 30.)  Plaintiff is advised to consult the March 8, 2016, Status (Pretrial Scheduling) Order,

21   Federal Rule of Civil Procedure 45, and Local Rule 250.5.[1]

22        IT IS SO ORDERED.

23   Dated:  December 8, 2016

24

25

26   DLB:6                                     DEBORAH BARNES
                                               UNITED STATES MAGISTRATE JUDGE
27

28   ───────────────────────
     [1]  Plaintiff may also wish to visit the court's website which may provide helpful forms and
     information.  See http://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/

                                               1

1    DB/orders/orders.pro se/ekunwe2410.rq.sub.ord

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28